```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN RE:                                                         :
                                                               :     14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                                    :     14-MC-2573 (VEC)[1]
ANTITRUST LITIGATION                                           :
                                                               :     **ORDER NO. 10**
*This Document Relates to All Actions*                         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs have moved for preliminary approval of a settlement of all claims against Deutsche Bank AG and its subsidiaries that are defendants in this action and conditional certification of a settlement class, Dkt. 31;

IT IS HEREBY ORDERED that: on or before **November 19, 2016**, Plaintiffs' counsel is directed to provide a supplemental submission in support of its motion for preliminary approval addressing the following issues:

1. The basis for the Court to provide even preliminary approval of a settlement class that excludes foreign claimants inasmuch as the proposed putative class as identified in the Second Amended Complaint, Dkt. 11 ¶ 259, appears to include silver traders worldwide; and

2. In light of the Court's Opinion and Order dated October 3, 2016, Dkt. 30, the basis for the Court to provide even preliminary approval of settlement class period that includes sales of silver prior to 2007 or after 2013.

**SO ORDERED.**

Date:  October 27, 2016
       New York, New York                 VALERIE CAPRONI
                                          **United States District Judge**

---

[1] Unless otherwise specified, the Court's citations are to the master case file in this action.